UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
JOHN DOE,

                            Plaintiff,

                                                    JUDGMENT
                                                    20-CV-3461(EK)(RML)

             -against-

ROBYN FENTY,

                            Defendant.
--------------------------------------------------------- X
JOHN DOE,

                            Plaintiff,                        20-CV-4069(EK)(RML)

             -against-

AUBREY GRAHAM,

                            Defendant.
--------------------------------------------------------- X

      A Memorandum and Order of Honorable Eric Komitee, United States District Judge, having been filed on October 16, 2020, dismissing the complaints in Doe v. Fenty (20-CV-3461) and Doe v. Graham (20-CV-4069); denying Plaintiff's motion in Doe v. Fenty to file the complaint under seal; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any such appeal would not be taken in good faith; and denying *in forma pauperis status, Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

      ORDERED and ADJUDGED that the complaints in Doe v. Fenty (20-CV-3461) and Doe v. Graham (20-CV-4069) are dismissed; that Plaintiff's motion in Doe v. Fenty to file the complaint under seal is denied; that pursuant to 28 U.S.C. § 1915(a)(3), any such appeal would not be taken in good faith and that *in forma pauperis status* is denied. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated: Brooklyn, NY
      October 19, 2020

Douglas C. Palmer
Clerk of Court


By: */s/Jalitza Poveda*
      Deputy Clerk